JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> 20445 SATICOY STREET LLC, <br><br> Defendant. | Case № 2:23-cv-01879-ODW (PVCx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation for Dismissal Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines, including the Scheduling Conference on July 24, 2023. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

May 16, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**